**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**AJII WINFIELD**                                                                                    **PLAINTIFF**
*#202502851*

**v.**                                               **No: 3:26-cv-00037-JM-PSH**

**GREEN COUNTY FACILITY,** *et al.*                                          **DEFENDANTS**

## ORDER

Plaintiff Ajii Winfield filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on January 23, 2026 (Doc. No. 2) and an application to proceed *in forma pauperis* (Doc. No. 1).  On February 4, 2026, the Court entered an order denying Winfield's application and directing him to submit the full $405.00 filing and administrative fees or file a fully completed *in forma pauperis* ("IFP") application within 30 days.  *See* Doc. No. 3.  Winfield was cautioned that failure to comply with the Court's order within 30 days would result in the dismissal of his case.

More than 30 days have passed, and Winfield has not complied or otherwise responded to the February 4 order.  Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders.  *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE ORDERED THAT Winfield's complaint (Doc. No. 2) is DISMISSED WITHOUT PREJUDICE.

DATED this 17th day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE