**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**AJII WINFIELD**                                                                                          **PLAINTIFF**
*#202502851*

**v.**                                                    **No: 3:26-cv-00037-JM**

**GREEN COUNTY FACILITY,** *et al.*                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 17th day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE